Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-20, ASSET-BACKED CERTIFICATES, SERIES 2006-20,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00257-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO RENEWED MOTION FOR REMAND [ECF No. 29]**<br><br>**(First Request)** |

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 16, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-832212-C [ECF No. 1-1];
2. On February 16, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On May 3, 2021, U.S. Bank filed a Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10];
4. On July 23, 2021, the Court entered an order, pursuant to the Parties' stipulation, staying the case pending resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.* Ninth Cir. Case No. 19-17332 (the "*Wells Fargo II Appeal*"). Upon entry of the stay the Court terminated all active motions. The Court further ordered that the Parties to move to lift he stay, reopen the case, and reactivate any previously filed motions within 30 days of issuance of the mandate in the *Wells Fargo II Appeal* [ECF No. 27];
5. On December 28, 2021, U.S. Bank filed a Renewed Motion for Remand;
6. Chicago Title's deadline to respond to U.S. Bank's Renewed Motion for Remand is currently January 11, 2022;
7. Chicago Title's counsel is requesting an extension until February 9, 2022, to file its response to the pending Renewed Motion for Remand;
8. Chicago Title requests a brief extension of time to respond to the Motion for Remand to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motion;
9. U.S. Bank does not oppose the requested extension;
10. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /



656954.1

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR REMAND**

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 29] is hereby extended through and including February 9, 2022.

Dated: January 10, 2022

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
   SCOTT E. GIZER
   SOPHIA S. LAU
   Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: January 10, 2022

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
   KEVIN S. SINCLAIR
   Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: January 10, 2022

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
   LINDSAY D. DRAGON
   Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: 1-12-2022

By: _____
UNITED STATES DISTRICT COURT JUDGE

